**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          05mj480 AJB |
| | ) | Date:             12/28/05 |
| 1) JESUS PORTILLO-URANGA, | ) | Court Reporter:   None |
| | ) | Tape Number:      2005- |
| Defendant. | ) | Time Commenced:   1:44 p.m. |
| | | Time Concluded:   1:47 p.m. |
| | | Time in Court:    3 Minutes |

## APPEARANCES:

**Plaintiff:**    David Steinkamp
             Assistant U.S. Attorney

**Defendant:**   Scott Tilsen

☐ FPD          ☐ CJA          ☐ Retained          √ To be appointed

Interpreter:   Amy Johnson       Language:    Spanish

Date Charges Filed:    12/27/05          Offense: Possess with intent to distribute

√ Charges read into record    ☐ Waived Reading of Charges    √ Advised of Rights

on  ☐ Indictment  ☐ Information  √ Complaint    Violation of:  ☐ Pre-trial Release  ☐ Supervised Release

√ Government moves for detention.

Motion is:  √ granted, temporary detention ordered          ☐ denied        ☐ moot, defendant serving sentence.

Next appearance date is 1/3/06 at 2:00 p.m. in Mpls 8E, before U.S. Magistrate Judge Graham for:

√ detention hrg    √ preliminary hrg    ☐ arraignment    ☐ removal hrg    ☐ preliminary
                                                                            revocation

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

                                              s/Kathy Thobe
                                          Signature of Judicial Assistant