# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>JESUS PORTILLO-URANGA, )<br> )<br>Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: JEANNE GRAHAM<br>U.S. Magistrate Judge<br><br>Case No: 05-MJ-480(01)(AJB)<br>Date: 1/3/06<br>Court Reporter: Lorilee Fink<br>Tape Number: N/A<br>Time Commenced: 2:00 p.m.<br>Time Concluded: 3:15 p.m.<br>Time in Court: 1 Hours & 15 Minutes |

☐ **PRELIMINARY HRG ONLY**   ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**   ☐ **REMOVAL HRG**
   Time in Court Prelim/Det:   40 minutes/35 minutes

APPEARANCES:
   Plaintiff:      David Steinkamp
   Defendant:  David Reyes

   Interpreter / Language:  Amy Johnson   //      Spanish

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On   ☐ Indictment   ☐ Information   ☒ Complaint   Violation of ☐ **Pre-trial Release** ☐ **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained - Govt to submit proposed order   ☐ Bond Continued   ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

   ☒ Deft bound over to District Court of Minnesota
   ☐ Deft removed to charging district and ordered to appear

☐ Removal Order to be Issued   ☐ **No** Removal Order to be Issued   ☐ Commitment to Another District to be Issued

Additional Information:

                                                                              s/M.Lenner
                                                                    Signature of Judicial Asst.