ASD:

# United States District Court

STATE AND DISTRICT OF MINNESOTA

RECEIVED JAN 4 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA
V.
JESUS PORTILLO-URANGA
ANGEL SOLIS-GUILLEN

**WARRANT FOR ARREST**
CASE NUMBER: 05 mj 480 AJB
0641-1229-0307-2

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JESUS PORTILLO-URANGA
name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

On or about December 23, 2005 in Hennepin County, in the State and District of Minnesota, the defendants did knowingly and intentionally conspire with each other and with other persons to possess with the intent to distribute approximately 400 pounds of marijuana, a controlled substance,

in violation of Title  21  United States Code, Section(s)  846

| | |
|---|---|
| Arthur Boylan<br>NAME OF ISSUING OFFICER | U.S. MAGISTRATE JUDGE<br>TITLE OF ISSUING OFFICER |
| [signature]<br>SIGNATURE OF ISSUING OFFICER | December 28, '05 Minneapolis, Minnesota<br>DATE AND LOCATION |

Bail fixed at $ _____  by _____

ARRESTED ON  12-28-05
ARRESTED BY  DEA
U.S. MARSHAL
DISTRICT OF MINNESOTA

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SCANNED JAN 0 4 2006
U.S. DISTRICT COURT MPLS